IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUINTERIOUS WILLIAMS,  )<br>    **Plaintiff,**  )<br>                                     )<br>v.                                  )<br>                                     )<br>LIEUTENANT ROBERT MARTIN, *et al.*,  )<br>    **Defendants.**  ) | CIVIL ACTION: 1:23-00111-KD-MU |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 13) made under 28 U.S.C. § 636(b)(1), Fed.R.Civ.P. 72(b), and S.D. Ala. GenLR 72(c), and dated October 16, 2023, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. 41(b) due to Plaintiff's repeated failures to follow this Court's orders.

**DONE** and **ORDERED** this the **21st** day of **November 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**