# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| QUINTERIOUS WILLIAMS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION: 1:23-00111-KD-MU |
| ) | |
| LIEUTENANT ROBERT MARTIN, *et al.*, ) | |
|     Defendants. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED** without prejudice.

    **DONE** and **ORDERED** this the **21st** day of **November 2023.**

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**